UNITED STATES DISTRICT COURT

Northern District of California

DEBORAH MCCANTS,

                Plaintiff(s),                No. C 09-01656 MEJ

  v.

ACADEMY COLLECTION SERVICE INC,      **ORDER VACATING CMC**

                Defendant(s).             **ORDER REQUESTING STATUS UPDATE**

_____/

      This matter is currently scheduled for a case management conference on July 23, 2009. However, nothing has been filed since the initial complaint. Accordingly, the Court hereby VACATES the c.m.c. and ORDERS Plaintiff to file a status report by July 30, 2009.

**IT IS SO ORDERED.**

Dated: July 21, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge